# United States District Court
## for the
## District of Alaska

Petition for Warrant or Summons for Offender Under Supervised Release

**FILED FEB 11 2005 UNITED STATES DISTRICT COURT DISTRICT OF ALASKA**

**UNDERSEAL**

| | |
|---|---|
| Name of Offender: Amado Andaya a/k/a Jose Paz | Case Number: A02-0098 CR (RRB) |
| Sentencing Judicial Officer: | Ralph R. Beistline, U.S. District Court Judge |
| Date of Original Sentence: | March 6, 2003 |
| Original Offense: | Possession With Intent to Distribute a Controlled Substance, 21 U.S.C. § 841(a)(1) |
| Original Sentence: | 18 months imprisonment, three years supervised release |
| Date Supervision Commenced: | February 6, 2004 |
| Asst. U.S. Attorney: Stephan Collins | Defense Attorney: Kevin McCoy |

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervised release:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The defendant has violated the Mandatory Condition of Supervision "The defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance," in that on January 4, 2005, the defendant was found illegally in the United States, was arrested by the U.S. Immigration and Customs Enforcement, and was charged in the Middle District of North Carolina with a violation of Title 8 U.S.C. § 1326(a)(1) and (b)(2). This violation is a Grade B violation. |

U.S. Probation Officer Recommendation:

The term of supervised release should be:

    [X] Revoked
    [ ] Extended for _____ year(s), for a total term of _____ years.

[ ] The conditions of supervised release should be modified as follows:



-1-

*Petition for Warrant or Summons*
*Name of Offender        :        ███o Andaya a/k/a Jose Paz*
*Case Number             :        A02-0098 CR (RRB)*



Respectfully submitted.
**REDACTED SIGNATURE**

Eric D. Odegard
U.S. Probation/Pretrial Services Officer
Date: February 9, 2005

THE COURT ORDERS

[✓]  *The WARRANT FOR ARREST be delivered to the U.S. Marshal's Service; and the petition, probation officer's declaration, and a copy of the warrant shall be sealed in the Clerk's file and disclosed only to the U.S. Attorney for their official use, until the arrest of the offender.* The petition for supervised release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  The issuance of a summons. The Petition for Supervised Release revocation is referred to the Magistrate Judge for initial appearance/preliminary hearing(s). The evidentiary hearing, if any, will be before the Magistrate Judge only upon consent; otherwise the evidentiary hearing will be before the undersigned District Court Judge.

[ ]  Other:

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

February 10, 2005
Date

**Supervised Release Cases:** Pursuant to 18.U.S.C. § 3401(i), the sentencing District Court may designate a Magistrate Judge to conduct hearings to modify, revoke, or terminate supervised release, including evidentiary hearings, and to submit to the Court proposed findings of facts and recommendations, including disposition recommendations.
**Probation Cases:** Pursuant to *United States v. Frank F. Colacurcio*, 84 F.3d 326, a Magistrate Judge has the authority to conduct a probation revocation hearing **only if** the following three conditions are satisfied: (1) the defendant's probation was imposed for a misdemeanor; (2) the defendant consented to trial, judgment, and sentence by a Magistrate Judge; and (3) the defendant initially was sentenced by a Magistrate Judge. Therefore, a District Court **may not** designate a Magistrate Judge to conduct revocation hearings on probation cases where a District Court was the sentencing Court.

```
PD 2/11/05
A02-0098--CR (RRB)            MAGISTRATE JUDGE BRANSON
----------------------------  Ref w/USM cy
S. COLLINS (US ATTY)
US MARSHAL
US PROBATION
```

# United States District Court
for the
# DISTRICT OF ALASKA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | Case Number: A02-0098 CR (RRB) |
| | ) | |
| vs. | ) | DECLARATION IN SUPPORT OF PETITION |
| | ) | |
| Amado Andaya a/k/a Jose Paz | ) | |

I, Eric Odegard, am the U.S. Probation Officer assigned to supervise the Court-ordered conditions of Supervised Release for Amado Andaya a/k/a Jose Paz, and in that capacity declare as follows:

On March 6, 2003, the defendant was sentenced by the Honorable Ralph R. Beistline to 18 months imprisonment and three years supervised release following his conviction for Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1) (see docket 23). Among the conditions of supervised release, the Court imposed a condition that the defendant not violate any federal, state, or local law. The Court also imposed a special condition of supervision that the defendant obey the rules and regulations of the immigration authorities since the defendant was an illegal alien from Mexico.

On February 6, 2004, the defendant was released from prison and was placed in the custody of the U.S. Immigration and Customs Enforcement (ICE). On February 18, 2004, the defendant was deported from the United States to Mexico.

On January 4, 2005, the defendant was arrested by ICE in Cabarrus County, North Carolina. The defendant advised that he entered the United States in September 2004 by walking across the border near San Ysidro, California without being inspected by a U.S. Immigration Officer or obtaining the permission of the Attorney General of the United States.

On January 6, 2005, the defendant was charged by Criminal Complaint in the Middle District of North Carolina with Reentry after Deportation in violation of 8 U.S.C. § 1326(a)(1) and (b)(2). The defendant was charged under the names Amado ANDAYA-PENALOZA a/k/a Jose PAZ a/k/a Amado ANDAYA in case 1:05M101-1.

Executed this 14th Day of January 2005, at Anchorage, Alaska, in conformance with the provisions of 28 U.S.C. § 1746.

I declare, under penalty of perjury, that the foregoing is true and correct, except those matters stated upon information and belief, and as to those matters, I believe them to be true.

**REDACTED SIGNATURE**
_____
Eric Odegard
U.S. Probation Officer