```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
          CRIMINAL DOCKET PARTY INFORMATION FOR CASE A02-0098--CR (RRB)
                           "USA V AMADO ANDAYA"
                           DEF 1.1 ANDAYA, AMADO

  In public format, including terminated defendants, excluding terminated counsel
```

```
     Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
    Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 10/30/02
             Closed: 03/10/03
   No. of Defendants: 1
      MJ Case Number: A02-0146--MJ
                 AKA: JOSE PAZ
     Location status: Fugitive
          Trial date:
          Terminated: YES
    Needs interpreter: YES
    Counsel of record: Kevin F. McCoy
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record: Stephan A. Collins
                   U.S. Attorney's Office
                   222 W. 7th Avenue, #9
                   Anchorage, AK 99513-7567
                   907-271-5071
                   FAX 907-271-1500
                   Serve: YES
                    Type: Not specified
                    Role: Pretrial/Trial


Counts re: DEF 1.1 ANDAYA, AMADO
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE A CONTROLLED SUBSTANCE (F) | Sentenced (23-1) |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0098--CR (RRB)
                               "USA V AMADO ANDAYA"

                        In public format, for all filing dates
```

   Presiding Judge: The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
             Filed: 10/30/02
            Closed: 03/10/03
 No. of Defendants: 1


| Document # | Filed | Docket text |
|---|---|---|
| NOTE - 1 | 10/30/02 | Issued: Proposed Trial Date Setting for arr to RRB CMC. |
| 1 - 1 | 10/30/02 | [Re: DEF 1] PLF 1 Indictment. |
| 2 - 1 | 10/30/02 | [Re: DEF 1] JDR Grand Jury Minutes; in fed custody; set for arr and notify USM; det (per 18:3142). |
| 3 - 1 | 10/30/02 | [Re: DEF 1] Documents 2-3 transferred from: A02-0146 MJ (AHB) to A02-098 CR (RRB). |
| 4 - 1 | 10/30/02 | [Re: DEF 1] AHB Minute Order that in light of filing of Indt in this case prelim hrg set in A02-0146 MJ (AHB) is VACATED and RESET as arr on Indt 9:00 a.m., 10/31/02.  cc: USA, FPD, USM, PO |
| 5 - 1 | 10/31/02 | [Re: DEF 1] AHB Order regarding preparation for trial; ptms due 11/14/02.  cc: USA, FPD |
| 6 - 1 | 10/31/02 | [Re: DEF 1] AHB Court Minutes [ECR: Caroline Edmiston] of arr on Indt (held 10/31/02); def plead not guilty; ptms due 11/14/02; def's det cont. |
| NOTE - 2 | 11/01/02 | Issued: Notice of Speedy Trial Act ddlns to RRB CMC. |
| 7 - 1 | 11/04/02 | [Re: DEF 1] RRB Minute Order setting trial by jury for 12/16/02 at 8:30 a.m. and FPTC for 12/12/02 at 9:00 a.m.  cc: USA, FPD, USM, PO, JC, MJ Branson |
| 8 - 1 | 11/05/02 | [Re: DEF 1] RRB Order appointing Yolanda Salazar-Hobrough as English/Spanish Interpreter for defendant at trial.  cc: S. Collins, K. McCoy, Interpreter, Y. Salazar-Hobrough w/Instructions, Fianance, Chief Deputy |
| 9 - 1 | 11/18/02 | [Re: DEF 1] PLF 1 Discovery conference certificate. |
| 10 - 1 | 12/09/02 | DEF 1 Notice of Intent to change plea. |
| 11 - 1 | 12/09/02 | DEF 1 Unopposed motion to amend caption to reflect defendant's true name (Amando Andaya aka Jose Paz) w/att aff. |
| 12 - 1 | 12/10/02 | [Re: DEF 1] RRB Minute Order re: proposed change of plea hearing is set for 12/12/02 at 9:00 a.m. in courtroom #3.  cc:S. Collins, K. McCoy, USM, USPO, MJ Branson |
| 13 - 1 | 12/10/02 | [Re: DEF 1] AHB Order granting motion Unopposed motion to amend caption to reflect defendant's true name (11-1) to Amando Andaya aka Jose Paz. cc: USA, FPD, USM, PO, Judge Beistline |
| 14 - 1 | 12/13/02 | [Re: DEF 1] RRB Court Minutes [ECR: Caroline Edmiston] proposed change of plea hearing held 12/12/02.  Def change plea to guilty on Ct 1 of the Indictment.  Court accepted plea. Def referred to USPO for presentence |

```
              UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                CRIMINAL DOCKET ENTRIES FOR CASE A02-0098--CR (RRB)
                              "USA V AMADO ANDAYA"

                       In public format, for all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| | | report. IOS set for 3/6/03 at 1:30 p.m. Def detained pending IOS. TBJ set 12/16/02 is VACATED. cc: S. Collins, K. McCoy, USM, USPO, MJ Branson, JC |
| 15 -   1 | 12/13/02 | DEF 1 Unopposed motion to correct typographical error in caption w/att aff. |
| 16 -   1 | 12/16/02 | [Re: DEF 1] RRB Order granting motion Unopposed motion to correct typographical error in caption. Def's name shall be reflected as Amado (15-1). cc: S. Collins, K. McCoy, USM, USPO, MJ Branson |
| 17 -   1 | 02/27/03 | [Re: DEF 1] PLF 1 Sentencing Memorandum. |
| 18 -   1 | 02/27/03 | DEF 1 Sentencing Memorandum. |
| 19 -   1 | 03/03/03 | [Re: DEF 1] Transcript re: ARR on Indt held 10/31/02. |
| 20 -   1 | 03/03/03 | [Re: DEF 1] Transcript re: initial appearancae on complaint held 10/21/03. |
| 21 -   1 | 03/04/03 | DEF 1 Notice of relying on transcripts. |
| 22 -   1 | 03/06/03 | [Re: DEF 1] RRB Court Minutes [ECR: Denali Elmore] IOS held 3/6/03. Imprisonment 18 months w/recommendation. SR 3 years w/special conditions. SA $100.00. Def remanded to the custody of the USM. Def advised of appeal rights. |
| 23 -   1 | 03/10/03 | [Re: DEF 1] RRB Judgment pleaded guilty to count 1 of the Indictment (1-1). Imprisonment 18 months w/recommendation; SR 3 years w/special conditions; SA $100.00. Def remanded to the custody of the USM. cc: S. Collins, K. McCoy, USM, USPO, Def w/cnsl cy, MJ Branson, FLU |
| 24 -   1 | 04/01/03 | [Re: DEF 1] Partial Transcript re: IOS held 3/6/03. |
| NOTE -   3 | 02/11/05 | {SEALED} |
| 25 -   1 | 02/11/05 | {SEALED} |
| 26 -   1 | 02/15/05 | {SEALED} |
| 27 -   1 | 06/10/05 | [Re: DEF 1] JDR Minute Order in light of retirement of MJ Branson & at the direction of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc: USA, FPD, Judge Beistline |