# Exhibit

# "A"

```
 NEO25   540*23  *          SENTENCE MONITORING            *     12-03-2006
 PAGE 001         *            COMPUTATION DATA            *     07:04:13
                              AS OF 12-03-2006

 REGNO..: 14510-006  NAME: ANDAYA-PENALOZA, AMADO


 FBI NO............: 740069XB3            DATE OF BIRTH:
 ARS1..............: NEO/A-DES
 UNIT..............: UNIT B               QUARTERS.....: B06-110L
 DETAINERS.........: YES                  NOTIFICATIONS: NO

 PRE-RELEASE PREPARATION DATE: 06-07-2007

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE: 09-11-2007 VIA GCT REL

 -----------------------CURRENT JUDGMENT/WARRANT NO: 020 -------------------------

 COURT OF JURISDICTION............: NORTH CAROLINA, MIDDLE DISTRICT
 DOCKET NUMBER....................: 1 05CR5-1
 JUDGE............................: BEATY
 DATE SENTENCED/PROBATION IMPOSED: 06-09-2005
 DATE COMMITTED...................: 10-03-2005
 HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED................: NO

                    FELONY ASSESS   MISDMNR ASSESS    FINES           COSTS
 NON-COMMITTED.:    $100.00         $00.00            $00.00          $00.00

 RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO         AMOUNT:  $00.00

 ------------------------CURRENT OBLIGATION NO: 010 -----------------------------
 OFFENSE CODE....:  171
 OFF/CHG: 8: 1326 (A)& (B) (2) REENTRY OF DEPORTED ALIEN FELON

  SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:     36 MONTHS
  TERM OF SUPERVISION.............:      2 YEARS
  DATE OF OFFENSE.................: 01-04-2005

 ------------------------CURRENT COMPUTATION NO: 020 ----------------------------

 COMPUTATION 020 WAS LAST UPDATED ON 07-13-2006 AT NEO AUTOMATICALLY

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 CURRENT COMPUTATION 020: 020 010

 DATE COMPUTATION BEGAN...........: 06-09-2005
 TOTAL TERM IN EFFECT.............:     36 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:       3 YEARS
 EARLIEST DATE OF OFFENSE.........: 01-04-2005

 JAIL CREDIT......................:    FROM DATE      THRU DATE
                                       01-06-2005     06-08-2005

 TOTAL PRIOR CREDIT TIME..........: 154
 TOTAL INOPERATIVE TIME...........: 0
 TOTAL GCT EARNED AND PROJECTED..: 117
 TOTAL GCT EARNED.................: 54
 STATUTORY RELEASE DATE PROJECTED: 09-11-2007
 SIX MONTH /10% DATE..............: N/A
 EXPIRATION FULL TERM DATE........: 01-06-2008


 PROJECTED SATISFACTION DATE.....: 09-11-2007
 PROJECTED SATISFACTION METHOD...: GCT REL
```