# Exhibit

# "B"

U.S. Department of Justice
United States Marshals Service



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
Peter Marshal
*(District)*

Northern District of Ohio
801 W. Superior Ave.,
Cleveland, OH 216-522-2150
*(Return Address and Phone)*

*Please type or print neatly:*

TO: CCA ELOY DETENTION CENTER
1705 EAST HANNA RD
ELOY, AZ
520-466-2000
CC: CCA-NEOCC Youngstown
PO Box 929
Youngtown, OH

DATE: 10/14/2005
SUBJECT: AMADO ANDAYA
AKA: JOSE PAZ
DOB/SSN: ███████
REF. #
USMS #: 14510006
CR #: A02-0098 CR (RRB)

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the Northern District of Ohio has issued an arrest warrant charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and FAX one copy to this office at 216-522-2183 .
FAX No.

**RECEIPT**

Date:
Signed:
By:
Title:

Very truly yours,

_____
*(Signature)*

Peter Elliott, USM
*(Name and Title)*

Requested by: Deputy U.S. Marshal David Siler

Form USM-16D
Rev. 04/05

TOTAL P.02

BP-S394.058 **DETAINER ACTION LETTER**
MAR 03

**U.S. DEPARTMENT OF JUSTICE**                                      **FEDERAL BUREAU OF PRISONS**

| To | U.S. MARSHAL, NORTHERN DISTRICT OF OHIO<br>ATTN: WARRANTS/EXTRADITION<br>801 W SUPERIOR AVE<br>CLEVELAND, OH   44199 | Institution ELOY DETENTION CENTER<br>1705 E HANNA RD<br>ELOY, AZ   85231 |
|---|---|---|
| | | Date   October 14, 2005 |

| Case/Dkt#<br>A02-0098 CR (RBB) | Inmate's Name<br>ANDAYA-PENALOZA, AMADO | Fed Reg No.<br>14510-006 | DOB/SEX/RACE |
|---|---|---|---|
| Aliases | | Other No. | |

The below checked paragraph relates to the above named inmate:

☐ This office is in receipt of the following report: _____ Will you please investigate this report and advise what disposition, if any, has been made of the case. If subject is wanted by your department and you wish a detainer placed, it will be necessary for you to forward a certified copy of your warrant to us along with a cover letter stating your desire to have it lodged as a detainer. If you have no further interest in the subject, please forward a letter indicating so.

☒ A detainer has been filed against this subject in your favor charging SUPERVISED RELEASE VIOLATION. Release is tentatively scheduled for 08-18-2007, however, we will notify you no later than **60 days** prior to actual release. **To check on an inmate's location, you may call our National Locator Center at: 202-307-3126 or check our BOP Inmate Locator Website at www.bop.gov.**

☐ Enclosed is your detainer warrant. Your detainer against the above named has been removed in compliance with your request.

☐ Your detainer warrant has been removed on the basis of the attached _____. Notify this office immediately if you do not concur with this action.

☐ Your letter dated _____ requests notification prior to the release of the above named prisoner. Our records have been noted. Tentative release date at this time is _____.

☐ I am returning your _____ on the above named inmate who was committed to CCA, NORTHEAST OHIO institution on _____ to serve _____ for the offense of _____. If you wish your _____ filed as a detainer, please return it to us with a cover letter stating your desire to have it placed as a hold or indicate you have no further interest in the subject.

☐ Other:

Sincerely,

RECORDS MANAGER

Original - Addressee, Copy - Judgment & Commitment File; Copy - Inmate; Copy - Central File (Section 1); Copy - 30 DAY NOTICE

(This form may be replicated via WP)                            (Replaces BP-394(58) dtd FEB 1994)

```
 NEO25   540*23 *             SENTENCE MONITORING           *     12-03-2006
PAGE 003 OF 003 *              COMPUTATION DATA             *       07:04:13
                               AS OF 12-03-2006

REGNO..: 14510-006 NAME: ANDAYA-PENALOZA, AMADO


----------------------------- CURRENT DETAINERS: -----------------------------

DETAINER NO..: 002
DATE LODGED..: 10-14-2005
AGENCY.......: US MARSHALS SERVICE
CHARGES......: SRV WARRANT A02-0098CR(RBB) N/OH FOR ALASKA




G0000          TRANSACTION SUCCESSFULLY COMPLETED
```