# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

   USA    v.    AMADO ANDAYA PENALOZA

DATE:    February 8, 2007       CASE NO.    3:02-CR-0098-RRB

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**
              **RE PETITION FOR HEARING**

---

On December 19, 2006, the Court received Defendant's Petition To Have Supervised Release Violation Hearing Under Fed. R. Criminal P. 32.1 (Docket 29). The Government has until the close of business on **February 23, 2007**, to file its response to Defendant's petition.

M.O. RE PETITION AT DOCKET 29