NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of ) | Case No. 3:02-CR-0098-RRB |
| ) | |
| AMADO ANDAYA PENALOZA ) | PETITION FOR WRIT OF |
| ) | HABEAS CORPUS AD |
| On Writ of Habeas Corpus ) | PROSEQUENDUM |
| ) | |

TO:  The Honorable Judge of the United States District Court:

Your Petitioner respectfully shows:

AMADO ANDAYA PENALOZA, USM #14510-006, who is in the custody of the United States Federal Bureau of Prisons, at N.E.O.C.C., 2240 Hubbard Road, Youngstown, Ohio, is a defendant in a certain cause now pending before this Court, to wit: a petition to revoke supervised release as imposed in the matter of

*United States of America v. AMADO ANDAYA PENALOZA*, Case No.3:02-CR-0098-RRB, which has yet to be scheduled for the initial appearance, has been filed and further proceedings related to that petition.

WHEREFORE, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Federal Bureau of Prisons to bring the said defendant before the Court in Anchorage, Alaska for the initial appearance on the petition to revoke supervised release, as well as further proceedings, and to be returned to the United States Federal Bureau of Prisons.

RESPECTFULLY SUBMITTED this day, February 22, 2007, in Anchorage, Alaska.

> NELSON P. COHEN
> United States Attorney
>
> s/ Stephan A. Collins
> Stephan A. Collins
> Assistant U.S. Attorney
> 222 West 7th Ave., #9, Rm. 253
> Anchorage, AK 99513-7567
> Phone: (907) 271-5071
> Fax: (907) 271-1500
> E-mail: stephan.collins@usdoj.gov
> AK # 8911061