IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of )<br>)<br>AMADO ANDAYA PENALOZA )<br>)<br>On Writ of Habeas Corpus )<br>)<br>)<br>UNITED STATES OF AMERICA, )<br>)<br>DISTRICT OF ALASKA ) )| Case No. 3:02-CR-0098-RRB<br><br>WRIT OF HABEAS CORPUS<br>AD PROSEQUENDUM |

The President of the United States of America to:

United States Federal Bureau of Prisons, United States Marshal, District of Alaska, or his duly authorized representative.

GREETINGS:

    We command that you have the body of **AMADO ANDAYA PENALOZA**, USM # 14510-006, by you imprisoned and detained as it is said at N.E.O.C.C., 2240 Hubbard Road, Youngstown, Ohio, or in your custody at any other facility, under safe and secure conduct, before the Judge of our District Court within and for the District of Alaska, at Anchorage, Alaska, for the initial appearance on the petition to revoke supervised release, and other proceedings as the Court may desire, thereafter and as necessary in *United States v. AMADO*

*ANDAYA PENALOZA*, Case No. 3:02-CR-0098-RRB, now pending before said Court, and that you return said person to the United States Federal Bureau of Prisons, as soon as the case may be disposed of, under safe and secure conduct.

This is a continuing Writ on this date and such other times as the Court directs.

WITNESS the Honorable Judge of the United States District Court of the District of Alaska, at the Federal Building and U.S. Courthouse in the City of Anchorage, Alaska on this day, _____, 2007.

_____
CLERK, U.S. DISTRICT COURT