IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| In the Matter of<br><br>AMADO ANDAYA PENALOZA,<br><br>On Writ of Habeas Corpus | ) Case No. 3:02-CR-0098-RRB<br>)<br>) ORDER FOR ISSUANCE OF<br>) WRIT OF HABEAS CORPUS<br>) AD PROSEQUENDUM<br>)<br>) |

On the Petition of Stephan A. Collins, Assistant United States Attorney,

IT IS ORDERED that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Federal Bureau of Prisons, to bring AMADO ANDAYA PENALOZA, USM # 14510-006, now imprisoned at N.E.O.C.C., 2240 Hubbard Road, Youngstown, Ohio, or in the custody of the Federal Bureau of Prisons at any other facility, before this Court as a defendant in a certain cause now pending before this court, to wit: a petition to revoke supervised release has been filed in the matter of *United States of America v. AMADO ANDAYA PENALOZA*, Case No.3:02-CR-0098-RRB, which has yet to be scheduled for the initial appearance, and further proceedings as the Court may desire, said person to be returned to the said the United States Federal Bureau of Prisons, soon as the case is disposed of.

DATED this day, _____, at Anchorage, Alaska.


_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF ALASKA