NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK Bar No. 8911061

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>            Plaintiff,  )<br>  )<br>      v.  )<br>  )<br>AMADO ANDAYA PENALOZA,  )<br>  )<br>            Defendant.  )<br>_____ ) | Case 3:02-CR-0098-RRB<br><br><br><u>RESPONSE TO PETITION TO<br>HAVE SUPERVISED RELEASE<br>VIOLATION HEARING</u> |

The United States does not oppose the defendant's request to schedule a hearing on the petition to revoke supervised release filed in this matter. The United States has separately moved to have this Court issue a writ of habeas corpus ad prosequendum issued to the Federal Bureau of Prisons to have the defendant

brought before this Court to appear and answer to the petition. Therefore, the Court should schedule a hearing on the petition once the writ has been issued.

    RESPECTFULLY SUBMITTED this day, February 22, 2007, in Anchorage, Alaska.

                                  NELSON P. COHEN
                                  United States Attorney

                                  s/Stephan A. Collins
                                  Assistant U.S. Attorney
                                  222 West 7th Ave., #9, Rm. 253
                                  Anchorage, AK 99513-7567
                                  Phone: (907) 271-5071
                                  Fax: (907) 271-1500
                                  E-mail: stephan.collins@usdoj.gov
                                  AK # 8911061

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2007
a copy of the foregoing was served
by mail on :
Amado Andaya Penaloza
USM # 14510-006
N.E.O.C.C. Unit B6-110
2240 Hubbard Road
Youngstown, Ohio
45505-3157


s/ Stephan A. Collins