NELSON P. COHEN
United States Attorney

STEPHAN A. COLLINS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Tel: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:02-CR-0098 (RRB) |
| Plaintiff, | |
| vs. | MOTION TO DISMISS PETITION TO REVOKE SUPERVISED RELEASE AND TO QUASH WRIT |
| AMADO ANDAYA, | |
| Defendant. | |

On February 11, 2005, the United States Probation Office for the District of Alaska field a petition to revoke the supervision of the defendant, Amado Andaya. Docket #25.  The petition was based on the defendant's arrest in North Carolina for illegal reentry after deportation, a violation of 8 U.S.C. § 1326(a)(1) and (b)(2). The defendant was subsequently convicted for committing that new offense and

sentenced to serve a term of three years of imprisonment and was placed on a term of two years supervised release.  The defendant is once again subject to deportation.  The Court in this district issued a Writ of Habeas Corpus ad Prosequendum to have the defendant transferred to the District of Alaska to appear on the petition to revoke.

The defendant has now completed his sentence on the new charge of reentry after deportation and would be available to appear before the Court to answer the petition to revoke.  The United States Probation Office for the District of Alaska has now reexamined the defendant's case.  The defendant would be subject to an advisory guideline range of four to 10 months imprisonment for the new offense, which requires revocation.  After considering the interests of justice and the burden the transfer of the defendant would place upon government resources, the United States Probation Office now requests that the petition to revoke the defendant's supervised release be dismissed.  Likewise, the United States would request that the Writ of Habeas Corpus be quashed.

\\

\\

      RESPECTFULLY SUBMITTED this 11th day of September, 2007, in Anchorage, Alaska.

      NELSON P. COHEN
United States Attorney

s/ Stephan A. Collins
Stephan A. Collins
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: stephan.collins@usdoj.gov
AK # 8911061

**CERTIFICATE OF SERVICE**
I hereby certify that on September 11, 2007
a copy of the foregoing was served electronically on:

Kevin McCoy

s/ Stephan Collins