IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:02-CR-0098 (RRB) |
| Plaintiff, | ) [Proposed] |
| | ) ORDER |
| vs. | ) MOTION TO DISMISS PETITION |
| | ) TO REVOKE SUPERVISED |
| AMADO ANDAYA, | ) RELEASE AND TO QUASH WRI |
| Defendant. | ) |

Upon the motion by the United States to dismiss the petition to revoke the defendant's supervised release, at Docket #25, and to quash the Writ of Habeas Corpus ad Prosequendum, **IT IS ORDERED** that the petition to revoke supervised release is dismissed and the writ is hereby quashed.

Entered this ____ day of September, 2007 at Anchorage, Alaska.

_____
RALPH R. BEISTLINE
United States District Court Judge
District of Alaska