IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:02-CR-0098 (RRB) |
| | ) | |
| Plaintiff, | ) | [~~Proposed~~] |
| | ) | ORDER |
| vs. | ) | MOTION TO DISMISS PETITION |
| | ) | TO REVOKE SUPERVISED |
| AMADO ANDAYA, | ) | RELEASE AND TO QUASH WRI |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

Upon the motion by the United States to dismiss the petition to revoke the defendant's supervised release, at Docket #25, and to quash the Writ of Habeas Corpus ad Prosequendum, **IT IS ORDERED** that the petition to revoke supervised release is dismissed and the writ is hereby quashed.

Entered this 14 day of September, 2007 at Anchorage, Alaska.

RALPH R. BEISTLINE
United States District Court Judge
District of Alaska