# United States District Court
## for the
# DISTRICT OF ALASKA

RECEIVED
SEP 17 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case Number: A02-0098 CR (RRB) |
| ) | |
| vs. ) | **WARRANT FOR ARREST** |
| ) | |
| Amado Andaya a/k/a Jose Paz ) | |

TO:  The United States Marshal
     and any Authorized United States Officer

     YOU ARE HEREBY COMMANDED to arrest Amado Andaya a/k/a Jose Paz and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with one violation of his term of supervised release.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

February 10, 2005
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

NORTH EAST OHION DENTENTION CENTER

Date Received: 2/10/05
Date of Arrest: 9/11/07

Name and title of arresting officer: USMS N/OHIO

Signature of arresting officer:

USMS – D/ALASKA WARRANTS
FID # 183174
WARRANT # 0506-0311-0525-0
Entered NCIC
Entered APSIN

Removed NCIC
Removed APSIN